**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-2245**

---

DORA L. ADKINS,

        Plaintiff - Appellant,

    v.

FITNESS INTERNATIONAL, LLC,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Patricia Tolliver Giles, District Judge.  (1:22-cv-00749-PTG-WEF)

---

Submitted:  February 21, 2023                Decided:  February 23, 2023

---

Before NIEMEYER and DIAZ, Circuit Judges, and MOTZ, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Dora L. Adkins, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dora L. Adkins appeals the district court's order adopting the recommendation of the magistrate judge, denying her requests for leave to file an emergency complaint and for leave to proceed on that complaint in forma pauperis, and dismissing her case. We have reviewed the record and find no reversible error. Accordingly, we grant Adkins' motions for leave to amend her informal opening brief and affirm for the reasons stated by the district court. *Adkins v. Fitness Int'l, LLC*, No. 1:22-cv-00749-PTG-WEF (E.D. Va. Nov. 22, 2022). We deny Adkins' motions to vacate and remand, to withdraw, to reverse and remand, for leave to reverse and remand, for leave to vacate and remand, to replace, for leave to replace, and for leave to amend her motions to vacate and remand. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*